THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Therl Avery
 Taylor, Jr., Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge
Unpublished Opinion No. 2007-UP-425
Submitted October 1, 2007  Filed October
 9, 2007    
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka,
 all of Columbia; Kevin Scott Brackett, of York, for Respondent.
 
 
 

PER CURIAM:  Appellant, Therl Avery Taylor, Jr., was indicted for
 and convicted of murder and possession of a weapon during the commission of a
 violent crime.  The trial judge sentenced Taylor to concurrent sentences of
 thirty-six years for murder and five years for possession of a weapon during
 the commission of a violent crime.  Taylors
 counsel attached to the brief a petition to be relieved as counsel, stating
 that he had reviewed the record and concluded this appeal lacks merit.  Taylor filed a separate pro se brief.  After a thorough review of the record pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HEARN,
 C.J., HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.